**PINNOCK & WAKEFIELD, A.P.C.**
Theodore A. Pinnock, Esq.     Bar #: 153434
David C. Wakefield, Esq.      Bar #: 185736
3033 Fifth Avenue, Suite 410
San Diego, CA  92103
Telephone: (619) 858-3671
Facsimile: (619) 858-3646

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD J. HIESHETTER, JR., An Individual; and TERRA HIESHETTER, An Individual;<br><br>          Plaintiffs,<br>     v.<br><br>JUAN TORRES d.b.a. ALPINE APARTMENTS & MOTEL; JUAN TORRES; TORRES JUAN M & BRUCIE H FAMILY TRUST (07-11-01); And DOES 1 THROUGH 10, Inclusive<br><br>          Defendants. | Case No.: 06cv770 BTM (NLS)<br><br>[PROPOSED] ORDER GRANTING THE JOINT MOTION AND MOTION TO DISMISS ALL DEFENDANTS WITH PREJUDICE FROM PLAINTIFFS' COMPLAINT AND PLAINTIFFS' COMPLAINT IN ITS ENTIRETY.<br><br>[Fed.R.Civ.P. Rule 41(a)(2)] |

   **IT IS HEREBY ORDERED** pursuant to the Joint Motion Brought by Plaintiffs EDWARD J. HIESHETTER, JR., An Individual; and TERRA HIESHETTER, An Individual, and Defendants JUAN TORRES d.b.a. ALPINE APARTMENTS & MOTEL; JUAN TORRES; and TORRES JUAN M & BRUCIE H FAMILY TRUST (07-11-01), on the other hand, through their respective attorneys of record that ALL Defendants are dismissed with prejudice from Plaintiffs' Complaint, Case Number:

Document Date: May 4, 2007

06cv770 BTM (NLS). Additionally, Plaintiffs' Complaint is dismissed with prejudice in its entirety.

**IT IS SO ORDERED.**

Dated: May 7, 2007

_____
HONORABLE BARRY TED MOSKOWITZ
UNITED STATES DISTRICT COURT JUDGE